# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-152-S |
| | § | |
| MAURICE ANTHONY LEWIS (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 5] to United States Magistrate Judge Rebecca Rutherford to conduct a hearing on the alleged violations contained within and "to make findings and a recommendation for modification, revocation, or termination of the Defendant's term of supervised release." *See* Order, ECF No. 15. The Court received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of the Right to Object ("Report & Recommendation") [ECF No. 31] pursuant to its order. Defendant waived allocution before this Court and his right to object to the Report & Recommendation. *See* Consent to Proceed Before the United States Magistrate Judge, ECF No. 30; Report & Recommendation, ECF No. 31. As such, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be continued on terms of Supervised Release.

**SO ORDERED.**

SIGNED January 25, 2023.

*Karen Gren Scholer*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**