# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-0152-S |
| | § | |
| MAURICE ANTHONY LEWIS (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court received a Petition for Person Under Supervision ("Petition") [ECF No. 33], which the Court referred to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant Maurice Anthony Lewis's term of Supervised Release. *See* Order [ECF No. 41]. The Court then received an Addendum to the Petition. *See* ECF No. 47. The United States Magistrate Judge held a revocation hearing on January 25, 2025. *See* ECF No. 53. Thereafter, the Court received the Report and Recommendation of the United States Magistrate Judge ("First Recommendation") pursuant to its Order. *See* ECF No. 56. The First Recommendation recommended that revocation of Defendant's supervised release should be held in abeyance for 90 days. *Id.* The Court adopted the First Recommendation. *See* ECF No.57.

Following this Court's adoption of the First Recommendation, the Court received a second Addendum to the Petition. *See* ECF No. 58. After another revocation hearing on January 3, 2025, *see* ECF No. 69, the United States Magistrate Judge entered her Report & Recommendation of the United States Magistrate Judge ("Second Recommendation"). *See* ECF No. 70. Defendant waived his right to object to the Second Recommendation. *See id.* The Court is of the opinion that the Second Recommendation is correct.

It is, therefore, **ORDERED** that the Second Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant continue on the current terms of his supervised release and Defendant continue his drug treatment programming.

**SO ORDERED.**

Signed January 23, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**